## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**UNITED STATES OF AMERICA**
       **Plaintiff,**

**CASE NO.: 20-CR-739**

**v.**

**GIGI KNOWLE,**
         **Defendant.**

_____/

### UNOPPOSED MOTION TO CONTINUE SENTENCING IN THIS CASE

**COMES NOW** the defendant through undersigned counsel and respectfully requests this Court to continue the sentencing in this case and states as grounds thereof the following:

1. The sentencing in this case has been set for August 1, 2023.

2. Undersigned counsel has a prepaid vacation trip scheduled out of the country from July 28 through August 13.

3. Undersigned counsel has conferred with counsel for the government, Carolyn A. Silane, who has no objection to the relief sought out in this motion.

4. This motion is filed in good faith and not for the purposes of delay.

**WHEREFORE**, undersigned counsel respectfully petitions this Court to continue the sentencing in this case.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was e-filed and a

copy furnished to the Office of the United States Attorney on this 01st day of June, 2023.

Respectfully submitted,


_/S/  **Bijan S. Parwaresch**_
Bijan S. Parwaresch, Esq.
Florida Bar #: 127700
407 Lincoln Road, Suite 12-E
Miami Beach, FL  33139
Tel:  305-505-8858
*Attorney for the Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**UNITED STATES OF AMERICA**
      **Plaintiff,**                        **CASE NO.: 20-CR-739**

**v.**

**GIGI KNOWLE,**
      **Defendant.**
_____/

**ORDER ON UNOPPOSED MOTION TO CONTINUE SENTENCING IN THIS CASE**

      **THIS CAUSE** having come for review on the Unopposed Motion to Continue

Sentencing in this Case and the Court having reviewed the motion thereof

      **IT IS ORDERED AND ADJUDGED** that the Unopposed Motion to Continue

Sentencing in this Case is hereby _____.

      **DONE AND ORDERED** on this _____day of June, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE
STANLEY R. CHESLER